JACOB BUDNITZKY, Appellant, *v.* K. ARAKELIAN, INC., Respondent, Impleaded with Others.

(Submitted November 26, 1934; decided December 4, 1934.)

*Jesse Herbert Finkler* for motion.

*John Marx* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days appellant files undertaking, in which event the motion is denied.